**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| GWENDOLYN ANNETTE MASON, | Civil No. 1:12-CV-584 GSA |
| Plaintiff, | |
| v. | **ORDER REGARDING PAYMENT OF ATTORNEY'S FEES AND COSTS** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Based on the Stipulation between the parties filed on October 31, 2013 (Doc. 19), it is hereby ordered that attorney fees in the amount of four thousand four hundred thirty three dollars and fifty seven cents ($4,433.57) shall be awarded to Plaintiff pursuant to 28 U.S.C. § 2412(d) (EAJA).[1]

If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, *see Astrue v. Ratliff*, 130 S.Ct. 2521 (2010),

---

[1] The proposed order sent to this Court by Plaintiff included a request for an additional $20.00 for expenses. However, it is not included in the instant order because the $20.00 was not agreed to in the stipulation signed by the parties.

Page 1      ORDER - [1:12-CV-01901-GSA]

then the check for EAJA fees shall be made payable to Law Offices of Lawrence D. Rohlfing, based upon Plaintiff's agreement with Plaintiff's attorney.

IT IS SO ORDERED.

Dated: **November 4, 2013**                         **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE